PITT et al. v. UNITED STATES.

(Circuit Court, S. D. New York. December 23, 1899.)

No. 2,802.

CUSTOMS DUTIES—ANTIQUE FURNITURE.
Furniture which is free under Act 1894, par. 426, as antiquities produced prior to the year 1700, is not dutiable where imported at 1 o'clock in the afternoon of July 24, 1897, under the provisions of Act 1897, par. 33, that section having no application to goods free of duty.

Appeal by Pitt & Scott from a decision of the board of general appraisers which affirmed the action of the collector in assessing duty upon the importations in question.

William B. Coughtry, for importers.
Henry C. Platt, Asst. U. S. Atty.

TOWNSEND, District Judge (orally). The articles in question comprise certain furniture, claimed to be free, under paragraph 426 of the act of 1894, as antiquities produced prior to the year 1700. The single question presented is whether the articles, imported at 1 o'clock in the afternoon of July 24, 1897, were liable for duty under the provisions of the act of 1897. The claim of the government rests upon the provisions of section 33 of said act. It is manifest that this section has no application to goods free of duty, and therefore the decision of the board of general appraisers is reversed.